IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CASSETTA D. TAFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-11-993-D |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT AND ORDER OF REMAND**

Upon review of the file, and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 21] in its entirety. For the reasons stated therein, the Court enters judgment reversing the decision of the Commissioner pursuant to 42 U.S.C. § 405(g), and remanding the case for further administrative proceedings, consistent with the Report and Recommendation, regarding the medical opinions of a treating physician, Dr. Patrick D. Lo, and any other issues raised by the administrative law judge's findings on remand.

Entered this 7th day of November, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE